```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
CARLOS J. GUZMAN,                                                :
                                                                 :
                                                                 :
                              Plaintiff,                         :
                                                                 :     22-cv-01916 (LJL)
              -v-                                                :
                                                                 :     ORDER
BUILDING SERVICE 32BJ PENSION FUND ET AL,                        :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/2022

LEWIS J. LIMAN, United States District Judge:

An Initial Pretrial Conference was held in this matter on June 8, 2022 in which the pro se plaintiff and counsel for the defendants appeared. The plaintiff is directed to respond to the motion to dismiss or file an amended complaint by July 20, 2022. Defendant is to file its response by August 3, 2022.

SO ORDERED.

Dated: June 13, 2022
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge