UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
CARLOS J. GUZMAN,

                         Plaintiff,

      -against-                                          22 **CIVIL** 1916 (LJL)

                                                                     **JUDGMENT**

BUILDING SERVICE 32BJ PENSION FUND et al.,

                        Defendants.
-----------------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated November 20, 2023, Defendants' motion to dismiss is GRANTED and the complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       November 20, 2023

                                                            **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                              **BY:**    *K. Mango*

                                                               **Deputy Clerk**